**Modified and Affirmed and Opinion Filed May 31, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00186-CR

**DANNY ARAGONMARQUEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1812099-U**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Goldstein

Danny Aragonmarquez appeals his murder conviction. A jury convicted appellant and sentenced him to thirty years' confinement. In three issues, appellant asserts the judgment should be modified to reflect the amount of costs authorized to be assessed against him, reflect that appellant pled not guilty to the charged offense, and accurately reflect the penal code section for the offense. As modified, we affirm the trial court's judgment.

Appellant was charged by indictment with murder pursuant to penal code section 19.02(b). At trial in February 2020, appellant pled not guilty to the charges

alleged in the indictment. Following trial, the jury found appellant guilty of murder "as charged in the indictment." The bill of cost shows appellant was assessed $340 itemized as follows:

| | |
|---|---|
| CLERK'S FEE | 40.00 |
| JURY FEE | 1.00 |
| CCDC TECHNOLOGY FUND | 4.00 |
| COURT HOUSE SEC FEE | 10.00 |
| CONS STATE FEES | 185.00 |
| COUNTY RECORDS MGT | 25.00 |
| DNA FEE 2 | 50.00 |
| SPECIALTY COURT | 25.00 |

This appeal followed.

In his first issue, appellant asks us to modify the judgment to reflect the amount of costs authorized to be assessed against him. Specifically, appellant asks that the $1 jury fee and $25 specialty court fee should be deleted, the amount of the courthouse security fee should be reduced by $5, the amount of costs assessed on conviction of a felony should be reduced by $52, resulting in a total reduction in costs of $83.

Section 134.101 of the local government code imposes a $105 court cost on felony convictions,1 which is allocated to six different funds and accounts: (1) the clerk of the court account; (2) the county records management and preservation fund; (3) the county jury fund; (4) the courthouse security fund; (5) the county and district

court technology fund; and (6) the county specialty court account. TEX. LOC. GOV'T CODE ANN. § 134.101; *Shuler v. State*, 650 S.W.3d 683, 687 (Tex. App.—Dallas 2022, no pet.). The statute became effective on January 1, 2020, and applies only to offenses committed on or after that date.[1]

The State agrees that the reduction in fees appellant requests should be granted because the underlying offense occurred in 2018, and the statutes permitting the higher fees assessed did not become effective until January 1, 2020. *See*, *e.g.*, *Krenzer v. State*, No. 05-21-00444-CR, 2022 WL 17423464, at *8 (Tex. App.—Dallas Dec. 6, 2022, no pet.) (not designated for publication) (deleting $1 jury fee and $25 specialty court fee, reducing courthouse security fee from $10 to $5, and reducing consolidated fee on conviction from $185 to $133[2] in case where offense occurred prior to January 1, 2020). This Court has the power to correct and reform the judgment of the court below to make the record speak the truth when it has the necessary data and information to do so, or make any appropriate order as the law and the nature of the case may require. *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet. ref'd). Accordingly, we sustain appellant's first issue and modify the judgment in this case to reduce the costs by $83 for a new total of $257 by deleting the $1 jury fee and $25 specialty court fee, reducing the courthouse

---

[1] *See* Act of May 23, 2019, 86th Leg., R.S., ch. 1352, (S.B. 346) §§ 1.05, 5.01, 5.04, 2019 Tex. Gen. Laws 3981, 3984–85, 4035 (codified at TEX. LOC. GOV'T CODE ANN. § 134.101).

[2] *See* Act of May 23, 2019, 86th Leg., R.S., ch. 1352, (S.B. 346) § 1.03 (current version at TEX. LOC. GOV'T CODE ANN. § 133.102(a)(1))

security fee from \$10 to \$5, and reducing the consolidated fee on conviction from \$185 to \$133.

In his second and third issues, appellant argues the judgment should be further modified to reflect that he pled "not guilty" to the charged offense and that the penal code sections for the offense for which he was convicted are sections 19.02(b)(1) and (2). Again, the State agrees, and the record supports the correction of the judgment to show appellant pled "not guilty" and to state the correct section of the penal code. *See id.* We sustain appellant's second and third issues and modify the judgment to state that appellant pled "not guilty" and to correctly identify the applicable section of the penal code as sections 19.02(b)(1) and (2).

As modified, we affirm the trial court's judgment.

/Bonnie Lee Goldstein// _____

220186f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

BONNIE LEE GOLDSTEIN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANNY ARAGONMARQUEZ,
Appellant

No. 05-22-00186-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas Trial Court Cause No. F-1812099-U. Opinion delivered by Justice Goldstein. Justices Nowell and Breedlove participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

We **REMOVE** the word "GUILTY" from the space beneath "Plea to Offense" and substitute the words "NOT GUILTY";

We **REMOVE** the words "19.02 (C) Penal Code" from the space beneath "Statute for Offense" and substitute the words "19.02(b)(1) and (2) Penal Code."

Additionally, the trial court's bill of costs is **MODIFIED** as follows:

We **REMOVE** the following charges: (i) JURY FEE $1.00, and (ii) SPECIALTY COURT $25.00; and

We **REMOVE** the amount "$10.00" from the entry for "COURT HOUSE SEC FEE" and **INSERT** "$5.00" for this entry.

We **REMOVE** the amount "$185.00" from the entry for "CONS STATE FEES," and **INSERT** "$133.00" for this entry.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 31st day of May, 2023.

–5–